UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN JOHN PORCHE

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 11-555-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 19, 2013 (doc. no. 24) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security Michael J. Astrue, denying the application of plaintiff Kevin John Porche for supplemental security income ("SSI") and disability insurance benefits are affirmed, and this action is DISMISSED.

Baton Rouge, Louisiana, this 8th day of August, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA